BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BETSY C. JEFFERIS
Nevada Bar No.12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GIULIANO BOSCARIOL,<br><br>　　　　　Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., d/b/a WAL-MART SUPERCENTER; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02403-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 10 day of November, 2016.   DATED this 10 day of Nov, 2016.

3  **NETTLES LAW FIRM**   **PHILLIPS, SPALLAS & ANGSTADT**

   /s/ #13991

5  Brian D. Nettles, Esq.   Betsy Jefferis, Esq.
   1389 Galleria Drive, Ste. 200   504 South Ninth Street
6  Henderson, Nevada 89014   Las Vegas, Nevada 89101
7  *Attorneys for Plaintiff*   *Attorneys for Defendant*
   *Giuliano Boscariol*   *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 22nd day of January, 2017.

RICHARD F. BOULWARE, II
United States District Court

- 2 -